IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TAMMY PENDLEY,

    Plaintiff,

v.                                                   2:24-CV-268-Z-BR

CITY OF AMARILLO, *et al.*,

    Defendants.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to grant in part and deny in part Defendant City of Amarillo's Motion to Dismiss Plaintiff Tammy Pendley's Amended Complaint. ECF No. 28. No objections to the Findings, Conclusions, and Recommendation have been filed. After an independent review of the pleadings, files, and records in this case, the Court concludes that the Magistrate Judge's Findings, Conclusions, and Recommendation are correct. ECF No. 28. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are **ADOPTED** and Defendant City of Amarillo's Motion to Dismiss Plaintiff Tammy Pendley's Amended Complaint is **GRANTED in part and DENIED in part**.

**SO ORDERED.**

May 15, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE